IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK MORRIS
ADC #156949                                                                PLAINTIFF

v.                          No. 3:15-cv-119-DPM

TAMI DIXON, Supervisor, Child Support
Office, Mississippi County; TRACY RENAE
MATHENY-MORRIS; JOHN C. WISNER, III,
Deputy General Counsel/Administrative Law Judge,
Dept. Of Finance and Admin.; MISSISSIPPI
COUNTY CHILD SUPPORT DIVISION;
LINDA HOSTETTLER; and BERTHA WINTER                  DEFENDANTS

ORDER

The Court warned Morris that if he did not amend his complaint by 6 July 2015, then the Court would dismiss his complaint without prejudice. № 6. Morris has not responded, and the time to do so has passed. Morris's complaint is therefore dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

_9 July 2015_