IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK MORRIS
ADC #156949                                                                    PLAINTIFF

v.                                    No. 3:15-cv-119-DPM

TAMI DIXON, Supervisor, Child Support
Office, Mississippi County; TRACY RENAE
MATHENY-MORRIS; JOHN C. WISNER, III,
Deputy General Counsel/Administrative Law Judge,
Dept. of Finance and Admin.; MISSISSIPPI
COUNTY CHILD SUPPORT DIVISION;
LINDA HOSTETTLER; and BERTHA WINTER                                  DEFENDANTS

## JUDGMENT

Morris's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

9 July 2015